364 A.2d 949
Commonwealth v. MacEntee, Appellant.

Submitted April 13, 1976. John H. Corbett, Jr., Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Robert L. Campbell, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Case remanded for an evidentiary hearing to determine if appellant did intentionally and intelligently waive his right to file post-verdict motions. If the lower court determines there was no waiver, appellant shall be permitted to file post-verdict motions *nunc pro tunc.*